**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                  Civil Action No. 2:14-cv-05953-CCC-MF

JOHN DOE, subscriber assigned IP address
68.36.183.45,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 68.36.183.45.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  November 19, 2014

    Respectfully submitted,

    By:    /s/ *Patrick J. Cerillo*
    Patrick J. Cerillo
    pjcerillolaw@comcast.net
    4 Walter Foran Blvd.
    Suite 402
    Flemington, NJ 08822
    Telephone:  (908) 284-0997
    Facsimile:  (908) 284-0915
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Patrick J. Cerillo*_____
      Patrick J. Cerillo